IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| GARY A PETERSON<br>      Plaintiff,<br>v.<br><br>OFFICER JAMES PRESLEY,<br>individually and in his official capacity<br>as a police officer of the Rockford Police<br>Department, and the CITY OF ROCKFORD,<br>A Municipal Corporation,<br>      Defendants. | Case No.: 25-50443<br>Judge: |

## COMPLAINT FOR DAMAGES – 42 U.S.C. § 1983

**NOW COMES** Plaintiff GARY A PETERSON, by and through his attorney Laura L McGarragan, and for his Complaint against Defendants, OFFICER JAMES PRESLEY, Individually, and the CITY OF ROCKFORD, states as follows:

This is a civil action seeking damages against a law enforcement officer and his municipal employer for personal injuries caused by the unlawful use of excessive force in violation of the Fourth and Fourteenth Amendments of the U.S. Constitution, as well as state law claims for battery and negligence.

### JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3) for Plaintiff's federal claims under 42 U.S.C. § 1983.

2. Venue is proper in this District under 28 U.S.C. § 1391(b), as the events giving rise to this action occurred within the Northern District of Illinois, Western Division.

### PARTIES

3. Plaintiff GARY PETERSON is a resident of Winnebago County, Illinois.

4. Defendant OFFICER JAMES PRESLEY is a law enforcement officer employed by the Rockford Police Department. He is sued in both his individual and official capacities.

5. Defendant CITY OF ROCKFORD is a municipal corporation located in Winnebago County, Illinois, and the employer of Defendant Presley.

## FACTUAL ALLEGATIONS

6. On or about October 17th, 2024, Plaintiff Gary A Peterson was at his residence located at 1000 Chamberlain Ct. Rockford, Illinois, waiting outside in the parking lot due to a fire inside the apartment building.

7. At that same time and place, Officer James Presley was on duty as a Rockford Police officer on the grounds at Park Terrace Apartments.

8. Plaintiff advised Officer Presley that he needed his medications which were inside the building.

9. Without provocation, Officer James Presley approached Mr. Peterson during the course of his duties as a Rockford Police Officer.

10. Despite the lack of resistance or threat posed by Mr. Peterson, Officer Presley violently and unjustifiably used excessive force against Plaintiff, including physically attacking him by grabbing his shirt, spinning him around, and pinning him against a vehicle. Officer Presley then kicked and punched Mr. Peterson, causing him to fall down and suffer a severe leg injury.

11. Plaintiff called out in pain and asked Officer Presley to get off his leg while he was being hand-cuffed, but Defendant Presley refused.

12. Defendants arrested Plaintiff without just or probable cause and charged him with the offense of Aggravated Assault 720 5/12-2(a), and Resisting and Obstructing a Peace Officer, 720 5/12-2(a), and 720 5/31-1(a)(1).

13. On November 14th, 2024, the Winnebago County State's Attorney dismissed the complaint against Plaintiff in case number 24-CM-2018.

14. As a direct and proximate result of Officer Presley's actions, Plaintiff suffered a broken leg, requiring surgical intervention and continuing medical treatment, causing pain, suffering, and other damages.

15. The use of force was objectively unreasonable under the circumstances and constituted an excessive use of force in violation of Plaintiff's constitutional and civil rights.

## COUNT I – EXCESSIVE FORCE (42 U.S.C. § 1983)

16. Plaintiff realleges and incorporates by reference Paragraphs 1–15.

17. Defendant Presley, under color of law, deprived Plaintiff of his rights secured by the Fourth and Fourteenth Amendments to the United States Constitution, including the right to be free from excessive force.

18. Defendant Presley intentionally and without justification made harmful and offensive physical contact with Plaintiff, including the use of unlawful force that resulted in serious injury.

19. Said conduct was willful, wanton, and malicious.

20. Plaintiff's injuries were a direct and proximate result of Defendant's unconstitutional actions.

21. Defendant acted willfully and with reckless disregard for Plaintiff's rights.

WHEREFORE, Plaintiff requests judgment against Defendant Presley for compensatory and punitive damages, attorneys' fees pursuant to 42 U.S.C. § 1988, costs, and all other relief this Court deems just and proper.

## COUNT II – NEGLIGENCE (Against the City of Rockford under Respondeat Superior)

22. Plaintiff realleges and incorporates by reference Paragraphs 1–21.

23. At all relevant times, Officer Presley was acting within the scope of his employment as a Rockford Police Officer.

24. The City of Rockford is liable for Officer Presley's actions under the doctrine of respondeat superior.

WHEREFORE, Plaintiff requests judgment against Defendant the City of Rockford for compensatory and punitive damages, attorneys' fees pursuant to 42 U.S.C. § 1988, costs, and all other relief this Court deems just and proper.

        Respectfully submitted,

        Gary Peterson

        By:    <u>s/Laura L. McGarragan</u>
                His Attorney

Laura L. McGarragan #6199753
1004 N. Main Street
Rockford, Illinois 61103
(815) 961-1111
Laura@McGarraganLaw.com